UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:96-CR-43-2

**UNITED STATES OF AMERICA**

v.

**CRAIG PRICE LITTLE**

## ORDER

**THIS MATTER** is before the Court upon the defendant's pro-se Motion to Expunge filed in December 2006 [doc. #50]. This Court notes the Order for Dismissal signed on September 18, 1996. However, the relief requested by the defendant, to expunge the charge from his record, is not available under federal rules. Accordingly, the motion is **denied as moot.**

SO ORDERED.

Signed: July 27, 2011

Graham C. Mullen
United States District Judge